KOURY, D.B.A. LAUDERETTE SERVICES, APPELLEE,
*v.* NORTH CANTON PROPERTIES, APPELLANT.

[Cite as *Koury v. N. Canton Properties* (1993), 67 Ohio St.3d 1210.]

(No. 92–1628—Submitted September 28, 1993—Decided November 10, 1993.)

---

*Ralph S. Lacki,* for appellee.

*Paul M. Greenberger,* for appellant.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.